1122

No. 97–7000. LAMBRIX v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7001. WELLS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 97–7009. JOHNSON v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7010. LORD v. LORD. App. Ct. Conn. Certiorari denied.

No. 97–7011. MURPHY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–7014. BLESSING v. BLESSING. Ct. App. Ohio, Ottawa County. Certiorari denied.

No. 97–7016. WHITFIELD v. TEXAS (three judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 97–7017. RAIA v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 97–7018. RICHMOND v. EMBRY, SUPERINTENDENT, FREMONT CORRECTIONAL FACILITY. C. A. 10th Cir. Certiorari denied.

No. 97–7019. PARKER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97–7021. GUADAGNO v. WALLACK ADER LEVITHAN ASSOCIATES. C. A. 2d Cir. Certiorari denied.

No. 97–7023. DOE v. PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–7025. GILMOUR v. ROGERSON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–7026. ERWIN v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.